**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

RICHARD J. HETTLER,
Plaintiff,

vs.

CV 01-946 RHK

JOHN STOEBNER, TRUSTEE,
Defendant.

-------------------------------

**ORDER FOR REASSIGNMENT OF RELATED CASES**

JOHN STOEBNER, APPELLE,
Plaintiff,

vs.

CV 01-947 MJD

RUTH KAHN, ETAL
Defendants.

---

Case No. 01-946 having been assigned to Judge RICHARD H. KYLE and Case No. 01-947 having later been assigned to Judge MICHAEL J. DAVIS, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-947 be assigned to Judge RICHARD H. KYLE, nunc pro tunc, by use of a card on the Master List of the automated case assignment system,and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated November 9, 2000.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: June 21, 2001

RICHARD H. KYLE,Judge
United States District Court

Dated: June 29, 2001.

MICHAEL J. DAVIS,Judge
United States District Court

FILED JUN 29 2001
Francis E. Dosal, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge Richard H. Kyle

Stoebner vs. Kahn

NEW CASE NUMBER CIVIL 01-947 RHK

Use this case number for all further filings.